# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Stanford Paul Bryant

**V.**

Tim Ochoa ,James Tilton ,Gerald J Janda ,Larry Scribner , M McNair ,  V Villa ,  Drake ,
R Nelson , R Madden ,S Atkins,   T Armstrong ,
 R Widmann,   J Manning ,    R Lizarraga,
John Does 1 - 20

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   10cv273-W(WMC)

☐  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses this action for all the reasons set forth in the Court's June 10, 2010 Order and for failing to comply with the Court's August 13, 2010 Order.  The Clerk of Court shall enter judgment for the Defendants and close the file.................................................................................................................
................................................................................................................................................

| October 13, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON October 13, 2010 |

10cv273-W(WMC)